## LYONS v WEIHE et

Ohio Appeals, 1st Dist, Hamilton Co

No 5496.  Decided Nov 7, 1938

Robert Fosdick, Cincinnati, for appellant.
Thorndyke & Becker, Cincinnati, for appellees.

### OPINION

By HAMILTON, J.

Appeal, on questions of law from the Municipal Court of Cincinnati.

The plaintiff, appellant here, procured a default judgment against the defendants-appellees at a subsequent term of that court, the defendants filed a motion to set the judgment aside for "irregularity in obtaining the judgment." The trial court granted the motion and set the judgment aside.

Appellant appeals from that judgment and argues as a point of error that the court had no power to set aside the judgment after term on motion; that the procedure must be by petition.

Sec 11634, GC, authorizes the proceeding by motion on the grounds stated, and upon a proper showing the trial court may set aside the judgment, on motion, for irregularity in obtaining the judgment.

There is no bill of exceptions and this court, therefore, has no knowledge of what was shown on the hearing of the motion. It must, therefore, be presumed that the court found sufficient grounds to support the motion.

The judgment is affirmed.

ROSS, PJ, and MATTHEWS, J, concur.